

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Jones,<br><br>             Plaintiff,<br><br>      v.<br><br>Joyce Frazier, Trustee of the Joyce Frazier 1999 Trust, dated September 12, 1999; and Does 1-10,<br><br>             Defendants. | Case No.: 2:21-cv-00106-SB-E<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 6, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones's action against Defendant Joyce Frazier, Trustee of the Joyce Frazier 1999 Trust, dated September 12, 1999 is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 2, 2021

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge